

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-14-00056-CV

**MARC III GENERAL CONTRACTORS LLC,**
Appellant

v.

Denis **MEJIA,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08438
Honorable Laura Salinas, Judge Presiding

## O R D E R

On March 21, 2014, this court granted appellant's motion to stay this appeal pending settlement negotiations, and abated the appeal until April 16, 2014. All other appellate deadlines were held in abeyance pending further order of this court. On April 22, 2014, we extended the abatement until May 1, 2014. On May 5, 2014, appellant filed a motion to lift the abatement. In the motion, appellant states that, although the parties continue to engage in negotiations, no final settlement has been reached; therefore, appellant asks that we lift the abatement and reinstate this appeal.

The motion is GRANTED, the abatement is lifted, the appeal is reinstated on this court's docket, and <u>appellant's brief is due no later than June 6, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court